DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMERICAN S GROUP, LLC,**
a Florida limited liability company,
Appellant,

v.

**ROBERT GLICKMAN,**
Appellee.

No. 4D17-2546

[June 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE16-019002 (25).

Andrey Solonenko, Miramar, for appellant.

Mary Ellen R. Himes of Fidelity National Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.  See, Nat'l Am. Home, LLC v. Deutsche Nat'l Trust Co.*, 2018 WL 1617644 (Fla. 4th DCA Apr. 4, 2018).

WARNER, TAYLOR and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***